✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 27 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT VASATIS, ) <br> ) <br> Defendant. ) | 2:09-CR-528-JCM (VCF) |

### FINAL ORDER OF FORFEITURE

On December 13, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(a)(1), (a)(2) and (p), based upon the plea of guilty by defendant SCOTT VASATIS to criminal offenses, forfeiting specific property alleged in the Superseding Criminal Information and agreed to in the Plea Memorandum, namely $5,505.00 in United States Currency, and shown by the United States to have the requisite nexus to the offenses to which defendant SCOTT VASATIS pled guilty. Docket #63, #65, #67, #68.

On December 15, 2010, the United States submitted electronically a proposed Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2).#75. This proposed Preliminary Order of Forfeiture was served on counsel for the defendant on December 15, 2010.#75. No objection

. . .

. . .

to the entry of the Order of Forfeiture was filed. Pursuant to the Plea Memorandum, SCOTT VASATIS agreed to the criminal forfeiture money judgment of $7,500.00 in United States Currency.#68.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law consecutively from February 26, 2011, through to March 27, 2011, via the official government internet forfeiture site, www.forfeiture.gov, notifying all third parties of their right to petition the Court.#92.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); Title 21, United States Code, Section 853(a)(1), (a)(2) and (p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1) $5,505.00 in United States Currency; and

2) an *in personam* criminal forfeiture money judgment of $7,500.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 27th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE